UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:10-CR-00006-D

UNITED STATES OF AMERICA     *
                                    *

v.     *
                                    *

RODNEY L. WEEKS     *

## ORDER

This Cause comes before the Court upon the Defendant's Motion for Funds for Expert Investigative Services in the amount of $2,400.00, after considering the Defendant's Motion, and, for Good Cause Shown, this Motion is GRANTED.

SO ORDERED this _1_ day of _December_, 2010.

_____
Judge James C. Dever, III
U.S. District Judge